Kelly H. Dove, NV Bar 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

Kiah D. Beverly-Graham, NV Bar 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE KNOBEL,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION, LLC; AND WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:19-cv-01099-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JULY 30, 2019**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Lawrence Knobel ("Plaintiff") and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage ("Wells Fargo", and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on June 25, 2019;

Wells Fargo was served with the Complaint on July 2, 2019;

Wells Fargo's deadline to respond to the Complaint is currently July 23, 2019; and

This is the Parties' first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through July 30, 2019.

Dated: July 22, 2019

**KNEPPER & CLARK LLC**

By: */s/ Miles N. Clark*
    Matthew I. Knepper, Esq. NV Bar 12796
    Miles N. Clark, Esq. NV Bar 13848
    5510 S. Fort Apache Rd, Suite 300
    Las Vegas, NV 89148-7700

**AND**

**HAINES & KRIEGER, LLC**
David H. Krieger, Esq. NV Bar 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Lawrence Knobel*

Dated: July 22, 2019.

**SNELL & WILMER L.L.P.**

By: */s/ Kiah D. Beverly-Graham*
    Kelly Dove, Esq.
    Kiah D. Beverly-Graham, Esq.
    3883 Howard Hughes Pkwy, #1100
    Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Home Mortgage*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 23, 2019