**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| LAWRENCE KNOBEL,<br><br>       Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, INNOVIS DATA SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE,<br><br>       Defendants. | Case No. 2:19-cv-01099-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff Lawrence Knobel ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 25, 2019, Plaintiff filed his Complaint. Subsequently, Plaintiff and Trans Union stipulated and this Court granted an extension up to and including August 8, 2019, for Trans Union to file its response to Plaintiff's Complaint.

KB/26287

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Trans Union needs additional time to locate and assemble the final documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the final documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 22, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 5th day of August 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK**

//S// Miles N. Clark

Matthew I. Knepper
Miles N. Clark
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
and
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

2                          KB/26287

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**ORDER**</u>

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated:  August 6, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**