**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAWRENCE KNOBEL,

     Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

     Defendant(s).

Case No.: 2:19-cv-01099-GMN-NJK

**ORDER**

     The deadline for Defendant Innovis Data Solutions to respond to the complaint has expired. *See* Docket No. 4; *see also* Fed. R. Civ. P. 4(d)(3). To date, no response has been filed by Innovis Data Solutions and no request for extension has been filed. Either a request for extension or a response to the complaint must be filed by Innovis Data Solutions by September 20, 2019. Plaintiff is further ORDERED to provide by reliable means a copy of this order to Innovis Data Solutions by September 16, 2019, and to file a proof of service by that date.

     IT IS SO ORDERED.

     Dated: September 13, 2019

                                                
Nancy J. Koppe
United States Magistrate Judge