# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE KNOBEL,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01099-GMN-NJK<br>**ORDER**<br>[Docket No. 26] |

Pending before the Court is a stipulated protective order purportedly submitted by all parties in this case, including Defendant Innovis Data Solutions. Docket No. 26. Innovis Data Solutions has not yet appeared and did not sign the stipulated protective order, however. Accordingly, the stipulated protective order is **DENIED** without prejudice. An amended stipulated protective order may be refiled with input and a signature from Innovis Data Solutions or, if the need for such order requires refiling before that can occur, an amended stipulated protective order may be refiled with a provision explaining its application to later-appearing parties.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1