Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE KNOBEL,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-01099-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff Lawrence Knobel ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On June 25, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1

2. On August 21, 2019, Trans Union, filed a Motion to Dismiss the Complaint [ECF Dkt.19].

3. On September 12, 2019 the Court granted the Parties' stipulation to extend time for Plaintiff to respond to Trans Union's Motion to Dismiss [ECF Dkt. 27].

4. Plaintiff's Response is due September 18, 2019.

5. Plaintiff and Trans Union have agreed to extend Plaintiff's response eight days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend Trans Union's deadline to file a reply in support of his motion for seven days for the same reasons. The parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **September 26, 2019** and to extend the date for Trans Union to file their Reply until **October 3, 2019**.

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

    IT IS SO STIPULATED.
    Dated September 18, 2019.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Kiah D. Beverly-Graham* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>Email: kdove@swlaw.com<br>Email: kbeverly@swlaw.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant*<br>*Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |
| *Counsel for Plaintiff* | |
| **CLARK HILL PLLC** | **ALVERSON TAYLOR & SANDERS** |
| /s/ *Jeremy J. Thompson* | /s/ *Trevor Waite* |
| Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>Email: jthompson@clarkhill.com | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com |
| *Counsel for Defendant*<br>*Equifax Information Services LLC* | *Counsel for Defendant*<br>*Trans Union LLC* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT**

**IT IS SO ORDERED.**

Dated this __18__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 3