Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE KNOBEL,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; et al,<br><br>    Defendants.<br>KATHRYN KNOBEL,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | Lead Case No.: 2:19-cv-01099-GMN-NJK<br>[Consolidated with 2:19-cv-01101-JCM-VCF]<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE - 1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice. Each party shall bear its own fees and costs.

IT IS SO STIPULATED.
Dated December 10, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Kurt R. Bonds, Esq., NBN 6228<br>Trevor Waite, Esq., NBN 13779<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br>*Counsel for Defendant*<br>*Trans Union LLC* |

**HAINES & KRIEGER LLC**
David H. Krieger, Esq., NBN 9086
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

**CLARK HILL PLLC**

/s/ *Jeremy J. Thompson*
Jeremy J. Thompson, Esq., NBN 12503
Email: jthompson@clarkhill.com
*Counsel for Defendant*
*Equifax Information Services LLC*

### ORDER GRANTING STIPULATION TO DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above Stipulation of Dismissal of Defendant Trans Union LLC with Prejudice, (ECF No. 50), is **GRANTED**.

**IT IS FURTHER ORDERED** that in light of the above, Defendant Trans Union LLC's Motion to Dismiss, (ECF No. 19), is **DENIED as moot**.

**DATED** this 13 day of December, 2019

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE - 2