**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| LAWRENCE KNOBEL, | Lead Case No. 2:19-cv-01099-GMN-NJK |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, INNOVIS DATA SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE, | |
| Defendants. | |
| KATHRYN KNOBEL, | Member Case No.: 2:19-cv-01101-JCM-VCF |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, INNOVIS DATA SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE, | |
| Defendants. | |

### MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., of the law firm Alverson Taylor & Sanders (the "firm"), as counsel for Trans Union LLC, (the "Party"), hereby submits Motion for Order

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

KB/26287

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The parties are no longer involved in this matter so that ECF notice to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq.

Dated this 27th day of January, 2020

**ALVERSON TAYLOR & SANDERS**
//S// Trevor R. Waite
**KURT BONDS.ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 3, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**