Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE KNOBEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al,<br><br>　　　　　Defendants.<br><br>KATHRYN KNOBEL,<br><br>　　　　　Consol Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01099-GMN-NJK<br>[Consolidated with 2:19-cv-01101-JCM-VCF]<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE**<br><br>Complaint filed:  June 25, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services LLC, from

the above captioned action, with prejudice.  Each party will bear its own fees and costs.

IT IS SO STIPULATED.
Dated March 24, 2020.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: ghaines@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jeremy J. Thompson, Esq., SBN 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

## ORDER GRANTING STIPULATION OF DISMISSAL
## OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above Stipulation of Dismissal of Equifax Information LLC with prejudice, (ECF No. 60), is **GRANTED**.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __25__ day of March, 2020.